IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 0 2009

GREGORY C. LANGHAM
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ CLERK

Civil Action No. 09-cv-00511-BNB

MIGUEL ANGEL PUENTES-ROSABAL,

    Plaintiff,

v.

DAVID R. FINE, Denver City Attorney, In his Personal and Official Capacity as Denver
    City Attorney,
THE CITY AND COUNTY OF DENVER, A Municipal Corporation and as County,
MITCHELL MORRISSEY, District Attorney for the Second Judicial District in Denver, In
    his Personal and Official Capacity as District Attorney for the Second Judicial
    District in Denver Colorado,
JOSEPH MORALES, Deputy District Attorney for the Second Judicial District, In his
    Personal and Official Capacity as Deputy District Attorney for the Second
    Judicial District in Denver Colorado, and
DANIEL CHUN, Investigator for the District Attorney for the Second Judicial District, In
    his Personal and Official Capacity as Investigator for the District Attorney's Office
    for the Second Judicial District in Denver Colorado,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Miguel Angel Puentes-Rosabal currently resides in Denver, Colorado. Mr. Puentes-Rosabal initiated the instant action on February 27, 2009, by submitting a Complaint to the Court. Magistrate Judge Boyd N. Boland entered an order, on March 10, 2009, directing Mr. Puentes-Rosabal to file his claims on a Court-approved form used by *pro se* litigants in filing civil complaints. Mr. Puentes-Rosabal was warned that

the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On March 17, 2009, the envelope in which the March 10, 2009, Order was mailed to Mr. Puentes-Rosabal was returned to the Court marked "Not at this Address." Magistrate Judge Boland entered a minute order on March 19, 2009, in which he determined that the March 10, 2009, Order inadvertently was mailed to an incorrect address and directed the Clerk of the Court to resend a copy of the order to the correct address. Mr. Puentes-Rosabal was given an additional thirty days to cure the deficiency noted in the March 10, 2009, Order.

Mr. Puentes-Rosabal now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 29 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00511-BNB

Miguel Angel Puentes-Rosabal
5126 E. Donald Ave., Apt. #A
Denver, CO 80222

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/30/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk